IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-165-KDB-DCK

| MARK MITCHELL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNIVERSAL PROTECTION SERVICE, LLC, and GOOGLE LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Christopher P. Raab, concerning Chase Martenson, on November 28, 2023. Chase Martenson seeks to appear as counsel *pro hac vice* for Defendant Universal Protection Service, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Chase Martenson is hereby admitted *pro hac vice* to represent Defendant Universal Protection Service, LLC.

**SO ORDERED**.

Signed: November 28, 2023

David C. Keesler
United States Magistrate Judge