**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.  5:23-CV-165-KDB-DCK**

| | | |
|---|---|---|
| **MARK MITCHELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNIVERSAL PROTECTION SERVICE, LLC,** | ) | |
| **and  GOOGLE LLC,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Christopher P. Raab, concerning David C. Hamilton, on November 28, 2023.  David C. Hamilton seeks to appear as counsel *pro hac vice* for Defendant Universal Protection Service, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**.  David C. Hamilton is hereby admitted *pro hac vice* to represent Defendant Universal Protection Service, LLC.

SO ORDERED.

Signed: November 28, 2023

David C. Keesler
United States Magistrate Judge